IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET FITZGERALD and JOHN FITZGERALD, | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| FEDERAL EXPRESS CORPORATION OF PHILADELPHIA | : | |
| Defendant | : | NO. 02-4762 |

SECOND SCHEDULING ORDER

AND NOW, this \_\_\_\_ day of April, 2003, following a letter from counsel that they have agreed to move the trial date to July, IT IS HEREBY ORDERED that the case will be placed in the trial pool on July 7, 2003.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.