IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET FITZGERALD and<br>JOHN FITZGERALD, h/w<br><br>                              Plaintiffs,<br><br>                                v.<br><br>FEDERAL EXPRESS CORPORATION<br><br>                              Defendant | C.A. No. 02-CV-4762<br><br>Honorable Mary A. McLaughlin |

### DEFENDANT'S MOTION FOR THE ADMISSION
### OF CHRISTOPHER CARLSEN PRO HAC VICE

Defendant FEDEX CORPORATION (improperly sued herein as "FEDERAL EXPRESS CORPORATION" and hereinafter "FEDEX"), by and through its attorneys Pepper Hamilton LLP and Condon & Forsyth LLP, respectfully moves this Court for *pro hac vice* admission of Christopher Carlsen, an attorney with the law firm of Condon & Forsyth LLP, 685 Third Avenue, New York, New York, to appear as trial counsel for FEDEX in this action. In support of this motion, FEDEX states that:

        1.      A Declaration setting forth that Christopher Carlsen is admitted to practice and in good standing before the Courts of the jurisdictions in which he practices is attached hereto as Exhibit "A."

        2.      Christopher W. Wasson will continue to serve as associate counsel of record.

-2-

WHEREFORE, defendant FEDEX CORPORATION respectfully requests that this Court enter an Order admitting Christopher Carlsen to practice *pro hac vice* for the purpose representing FEDEX Corporation in this action.

        Respectfully submitted,

        _/s/ Christopher W. Wasson_
        Christopher W. Wasson, Esq.
        **PEPPER HAMILTON LLP**
        3000 Two Logan Square
        Eighteenth & Arch Streets
        Philadelphia, PA  19103-2799
        (215) 981-4000

        and

        **CONDON & FORSYTH LLP**
        Christopher Carlsen, Esq.
        A Member of the Firm
        685 Third Avenue
        New York, New York 10017
        (212) 490-9100

        Attorneys for Defendant
        FEDEX CORPORATION

Dated:  October 20, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET FITZGERALD and <br> JOHN FITZGERALD, h/w <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION <br><br> Defendant | C.A. No. 02-CV-4762 <br><br> Honorable Mary A. McLaughlin |

## ORDER

AND NOW, this _____ day of October, 2003, upon consideration of FedEx Corporation's Motion for the Admission of Christopher Carlsen, *pro hac vice*, IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS SO ORDERED:

_____
J.

## CERTIFICATE OF SERVICE

I, hereby certify that on this 20th day of October 2003, a copy of the foregoing Motion for the Admission of Christopher Carlsen *pro hac* vice was served via U.S. First Class Mail upon the following:

> Theodore J. Caldwell, Jr., Esquire
> Litvin, Blumberg, Matusow & Young
> Widener Building, 18th Floor
> 1339 Chestnut Street
> Philadelphia, PA 19107

_____
Christopher W. Wasson

1402287