## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANET FITZGERALD and
JOHN FITZGERALD, h/w

                              Plaintiffs,

                              v.

FEDERAL EXPRESS CORPORATION

                              Defendant

C.A. No. 02-CV-4762

**DECLARATION OF
CHRISTOPHER CARLSEN
IN SUPPORT OF MOTION FOR
ADMISSION PRO HAC VICE**

I, Christopher Carlsen, declare as follows:

1.     I am an attorney at law in the State of New York and a member of the firm of Condon & Forsyth LLP, attorneys for FEDEX CORPORATION (improperly sued herein as "FEDERAL EXPRESS CORPORATION" and hereinafter "FEDEX"), the defendant in this litigation. I am fully familiar with the facts of this case.

2.     I submit this Declaration in support of FEDEX's Motion seeking my admission *pro hac vice*.

3.     I am a member in good standing of the Bar of the State of New York, as well as the United States Courts of Appeal for the Second and Eleventh Circuits and the United States District Courts for the Southern and Eastern Districts of New York and the Northern District of Georgia. I am licensed to practice in all courts within the State of New York.

4.     I have never been suspended, disbarred or the subject of any disciplinary action by any court since my admission to the New York Bar in 1985.

5.     The law firm of Pepper Hamilton, maintains an office in Philadelphia, Pennsylvania, upon whom all notices, orders, and pleadings in the above-referenced action may be served.

Exhibit A

6.      I am familiar with the standards of professional conduct required of members of the State Bar of Pennsylvania and agree to be subject to the disciplinary jurisdiction of the state bar with respect to acts occurring in the course of the requested appearance.

7.      I declare under penalty of perjury of the United States that the foregoing is true and accurate to the best of my knowledge.

CHRISTOPHER CARLSEN

2

## CERTIFICATE OF COUNSEL

I, Christopher W. Wasson, hereby certify that the foregoing Motion for the

Admission of Christopher Carlsen, *pro hac vice* is uncontested pursuant to Local Rule of Civil

Procedure 7.1(b).

_____

Christopher W. Wasson

Dated: _____