IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET FITZGERALD, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| FEDERAL EXPRESS CORPORATION, | : | |
| Defendant | : | NO. 02-4762 |

ORDER

AND NOW, this ____ day of October, 2003, following a status conference, IT IS HEREBY ORDERED that trial in the case shall commence on Monday, December 8, 2003 at 9:30 a.m.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.