IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANET FITZGERALD, et al.

                              :        CIVIL ACTION

vs.

                              :        NO. 02-4762

FEDERAL EXPRESS CORPORATION

O R D E R

**AND NOW, TO WIT:** This 8th day of December, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                              **MICHAEL E. KUNZ**, Clerk of Court

                              **BY:**_____
                                    Carol D. James,
                                    Deputy Clerk

Mailed from chambers:
   Christopher W. Wasson
   Theodore J. Caldwell

Civ 2 (7/95)
41(b).frm